UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10172-CIV-MOORE

**THOMAS MITCHELL OVERTON**,

    Petitioner,

vs.

**JULIE L. JONES**,

Secretary, Florida Department of Corrections,

    Respondent.
_____ /

## FINAL JUDGMENT

    **THIS CAUSE** is before the Court upon Petitioner, Thomas Mitchell Overton's Petition for Writ of Habeas Corpus [DE 1]. For the reasons expressed in the Court's Order denying said Petition [DE 16], entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    Final Judgment is entered on behalf of Respondent, Julie L. Jones, against the Petitioner, Thomas Mitchell Overton.

    2.    Any remaining pending motions are hereby DENIED as moot.

    3.    The Clerk of the Court is hereby directed to close the case.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of March 2016.

_____
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

cc: counsel of record